AUSA Timothy J. Chapman, (312) 353-1925
AUSA Steven J. Dollear, (312) 353-5359

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO VALDEZ

**MAGISTRATE JUDGE NOLAN**

WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**07CR 799**

YOU ARE HEREBY COMMANDED to arrest   ROBERTO VALDEZ
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a CRIMINAL COMPLAINT charging that:

Beginning in or about November 2003, and continuing until in or about June 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, ROBERTO VALDEZ and others did conspire with each other and other persons known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute controlled substances, namely, more than 500 grams of mixtures containing a detectable amount of methamphetamine, a Schedule II controlled substance, quantities of 3,4-methylenedioxymethamphetamine (commonly known as "Ecstasy" or "MDMA"), a Schedule I controlled substance, and 100 kilograms or more of mixtures containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

NAN R. NOLAN
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Nan R. Nolan
Signature of Issuing Officer

December 5, 2007, at Chicago, Illinois
Date and Location

(By) Deputy Clerk

**FILED**
12-6-07
DEC - 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

| This warra |  | lant at |
|---|---|---|
| DATE RECEIVED<br>12/05/07<br>DATE OF ARREST<br>12/6/07 | NAME AND TITLE OF ARRESTING OFFICER<br>CHRIS YODER<br>Special Agent | SIGNATURE OF ARRESTING OFFICER<br>CY |