MHN

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 07 2007
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

In the Matter of  USA v. Roberto Valdez

Case Number: 07 CR 799-18

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Roberto Valdez

### (A)
- **SIGNATURE:** William O. Walters
- **NAME:** William O. WALTERS
- **FIRM:**
- **STREET ADDRESS:** 209 Neil Ave
- **CITY/STATE/ZIP:** Mt Prospect IL 60056
- **TELEPHONE NUMBER:** 847 394-8848
- **IDENTIFICATION NUMBER:** 2935341
- **MEMBER OF TRIAL BAR?** YES [X]  NO [ ]
- **TRIAL ATTORNEY?** YES [X]  NO [ ]

### (B)
(blank)

### (C)
(blank)

### (D)
(blank)

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.