Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 18 | **DATE** | 12/07/07 |
| **CASE TITLE** | USA vs. Roberto Valdez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Roberto Valdez appears in response to arrest on 12/07/07. Defendant informed of his rights. Enter Order appointing William O Walters of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Detention hearing to be held on 12/12/07 at 12:00 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|