

MAGISTRATE JUDGE NOLAN    JUDGE RONALD GUZMAN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   UNITED STATES v. JU WEN ZHOU, et al, 07 CR 799   NOLAN

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☐   YES X

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud ............ (II) | X DAPCA Controlled Substances ..... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ............ (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws .............. (IV) |
   | ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............... (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ............. (IV) |
   | ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail .............. (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ............ (III) | ☐ Other Federal Statutes ............ (III) |
   | ☐ Other Embezzlement ...... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    21 U.S.C.   §§ 841 (a)(1), 846, 963
    18 USC      §§ 2, 1001(a)(2)

    _____
    TIMOTHY J. CHAPMAN
    Assistant United States Attorney

(Revised 12/99)