Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 18 | **DATE** | 9/9/2008 |
| **CASE TITLE** | USA vs. ROBERTO VALDEZ | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to count 1 and enters plea of guilty to count 1. Defendant informed of rights. Judgment of guilty deferred. Status hearing set for 11/5/08 at 10:30 a.m. Defendant's presence is waived at the next status hearing. Government's oral motion to modify conditions of release to remove electronic monitoring condition is granted.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CG |
|---|---|---|